# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| SIVAPALAN NAGARAJAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-02062-CLM-GMB |
| ) | |
| DAVID RIVERA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On April 30, 2020, the magistrate judge entered a report recommending the court grant Respondents' motion for summary dismissal and dismiss this 28 U.S.C. § 2241 petition without prejudice. Doc. 7. Although the report and recommendation advised Petitioner of his right to file specific written objections within fourteen (14) days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the material in the court file, including the report and recommendation, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. Respondents' motion for summary dismissal is due to be granted and the petition is due to be dismissed without prejudice.

The court will enter an appropriate order.

**DONE** and **ORDERED** this 16th day of July, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE